THE STATE, EX REL. FOUNDS, APPELLANT, *v.* KIMBLE GLASS COMPANY ET AL., APPELLEES.

[Cite as State, ex rel. Founds, *v.* Kimble Glass Co. (1991), 59 Ohio St. 3d 60.]

(No. 90-367—Submitted November 13, 1990—Decided April 24, 1991.)

*Michael J. Muldoon,* for appellant.

*Vorys, Sater, Seymour & Pease, Russell P. Herrold, Jr.,* and *Anne C. Griffin,* for appellee Kimble Glass Co.

*Lee I. Fisher,* attorney general, and *Michael L. Squillace,* for appellee Industrial Commission of Ohio.

*Per Curiam.* For the reasons stated in *State, ex rel. Noll,* v. *Indus. Comm.* (1991), 57 Ohio St. 3d 203, 567 N.E. 2d 245, we reverse the judgment of the court of appeals and issue a limited writ returning the cause to the commission to identify the non-medical disability factors on which it relied and to briefly explain the reasons for its decision.

*Judgment reversed and limited writ issued.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

THE STATE, EX REL. RENARD, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as State, ex rel. Renard, *v.* Indus. Comm. (1991), 59 Ohio St. 3d 60.]

(No. 90-386—Submitted November 19, 1990—Decided April 24, 1991.)

*Wagoner, Steinberg, Chinnis & Dorf, Michael D. Dorf* and *Joan H. Rife,* for appellant.

*Lee I. Fisher,* attorney general, *Michael L. Squillace* and *Cheryl J. Nester,* for appellee Industrial Commission.

*Brown, Baker, Schlageter & Craig, Stephen D. Koder* and *Mark E. Lupe,* for appellee Medical College of Ohio.

*Per Curiam.* For the reasons stated in *State, ex rel. Noll,* v. *Indus. Comm.* (1991), 57 Ohio St. 3d 203, 567 N.E. 2d 245, we reverse the judgment of the court of appeals and issue a limited writ returning the cause to the commission to identify the nonmedical disability factors on which it relied and to briefly explain the reasons for its decision.

*Judgment reversed and limited writ issued.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

THE STATE, EX REL. CARTER, APPELLANT, *v.* GENERAL TIRE & RUBBER COMPANY ET AL., APPELLEES.

[Cite as State, ex rel. Carter, *v.* General Tire & Rubber Co. (1991), 59 Ohio St. 3d 61.]

(No. 90-615—Submitted February 5, 1991—Decided April 24, 1991.)

*Michael J. Muldoon,* for appellant.

*Roetzel & Andress, George A. Clark* and *Orlando J. Williams,* for appellee General Tire & Rubber Co.

*Lee I. Fisher,* attorney general, and *Michael L. Squillace,* for appellee Industrial Commission of Ohio.

*Per Curiam.* For the reasons stated in *State, ex rel. Noll,* v. *Indus. Comm.* (1991), 57 Ohio St. 3d 203, 567 N.E. 2d 245, we reverse the judgment of the court of appeals and issue a limited writ returning the cause to the commission to identify the nonmedical disability factors on which it relied and to briefly explain the reasons for its decision.

*Judgment reversed and limited writ issued.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.